**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Silvino MICHEL–TAPIA, Defendant–
Appellant.**

**No. 06–10705.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 20, 2008.*

Filed May 28, 2008.

Robert L. Ellman, Esq., Amber M. Craig, Esq. Fax, USLV–Office of the U.S. Attorney Lloyd George Federal Bldg., Las Vegas, NV, for Plaintiff–Appellee.

Mario Valencia, Henderson, NV, for Defendant–Appellant.

Before: PREGERSON, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Silvino Michel–Tapia appeals from his guilty-plea conviction and 51–month sen-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

tence for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Michel–Tapia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Because the record indicates that Michel–Tapia knowingly and voluntarily waived his right to appeal his conviction and sentence, we enforce the appeal waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**